

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00808-CR

**IN RE** Edward **JOHNSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On January 8, 2014, this court received a "Notice of Appeal" filed by relator complaining of this court's December 11, 2013, opinion denying his petition for writ of mandamus. We construe relator's pleading as a motion for rehearing of our determination of the mandamus. *See Wheeler v. Green*, 157 S.W.3d 439, 444 (Tex. 2005) (pro se party entitled to liberal reading of pleadings). Because the motion for rehearing was not filed within fifteen days of the date of denial of Johnson's petition for writ of mandamus, it is not timely. *See* TEX. R. APP. P. 49.1. However, the panel has also considered the motion for rehearing on its merits and it is DENIED.

It is so **ORDERED** on January 28th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1998CR6320, styled *The State of Texas v. Edward M. Johnson*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus K. McGinty presiding.